# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

KRISTINA MCCONVILLE, on behalf of himself, all others similarly situated, and on behalf of the general public,

Plaintiffs,

v.

RENZENBERGER, INC.; and DOES 1 through 100,

Defendants.

Case No. 2:16−cv−01056−JAM−CKD

**ORDER GRANTING THE PARTIES' JOINT STIPULATION TO TRANSFER ACTION**

Currently before the Court is the Parties' joint stipulation to transfer this action to United States District Court for the Central District of California. Good cause appearing, the Parties' Stipulation is GRANTED and the Court ORDERS the following:

The Clerk of this Court shall immediately transfer this action, and accompanying file, to the United States District Court for the Central District of California.

**IT IS SO ORDERED.**

Date: 4/18/2017

/s/ John A. Mendez_____
The Honorable John A. Mendez
United States District Court Judge