JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINA MCCONVILLE, individually and on behalf of herself and on behalf of all other persons similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>RENZENBERGER, INC.,<br><br>    Defendant. | Case No. CV 17-2972 FMO (JCx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Re: Final Approval of Class Action Settlement ("Order"), filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT:

1. Plaintiff Kristina McConville shall be paid a service payment of $5,000 in accordance with the terms of the Settlement Agreement and the Order.

2. Class counsel shall be paid $612,500 in attorney's fees, and $26,589.68 in costs in accordance with the terms of the Settlement Agreement and the Order.

3. The Claims Administrator, CPT, shall be paid for its fees and expenses in accordance with the terms of the Settlement Agreement.

4. The California Labor and Workforce Development Agency shall be paid $75,000 pursuant to the Settlement Agreement and the Order.

5. All class members who did not validly and timely request exclusion from the settlement

have released their claims, as set forth in the Settlement Agreement, against any of the released parties (as defined in the Settlement Agreement).

6. Except as to any class members who have validly and timely requested exclusion, this action is **dismissed with prejudice**, with all parties to bear their own fees and costs except as set forth herein and in the prior orders of the court.

Dated this 24th day of August, 2020.

                                             /s/
                              Fernando M. Olguin
                        United States District Judge